# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE VASQUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN MAYBERG, et al.,<br><br>    Defendants.<br>_____/ | CASE No. 1:12-cv-01557-AWI-MJS (PC)<br><br>ORDER TRANSFERRING PLAINTIFF'S MOTION FOR RECONSIDERATION TO 1:06-cv-1801-BLW-LMB<br><br>(ECF No. 2) |

Plaintiff George Vasquez ("Plaintiff") is a civil detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff initiated this action on September 21, 2012. (Compl., ECF No. 1.) On the same day, Plaintiff filed a motion for a temporary restraining order and re-issuance of a preliminary injunction. (ECF No. 2.) Plaintiff's motion was filed without a case number. Upon review, it appears that Plaintiff's motion is actually a motion for reconsideration of the Court's denial of Plaintiff's motion for a preliminary injunction in another of his actions.

Plaintiff currently has another case pending in this Court, case number 1:06-cv-1801-BLW-LMB. A preliminary injunction was requested in 1:06-cv-1801-BLW-LMB on April 16,

-1-

2012 (ECF No. 96) and an order issued on September 5, 2012 (ECF No. 102). Plaintiff's current motion alleges that a preliminary injunction should have been granted in that action. (ECF No. 2 at 1.)

It appears that Plaintiff's motion for a temporary restraining order was misfiled as part of this, Plaintiff's new action (1:12-cv-01557-AWI-MJS). It should have been filed in Plaintiff's other pending action (1:06-cv-1801-BLW-LMB).

Accordingly, the Court hereby ORDERS Plaintiff's motion for a preliminary action (ECF No. 2) to be transferred from 1:12-cv-01557-AWI-MJS to 1:06-cv-1801-BLW-LMB.

IT IS SO ORDERED.

Dated:    January 30, 2013              /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE